UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| PAUL S. HENDERSON, | CASE NO. 1:09 CV 1215 |
| Plaintiff, | JUDGE DONALD C. NUGENT |
| v. | JUDGMENT ENTRY |
| LOU BRUDMAK, et al., | |
| Defendants. | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

_____
Donald C. Nugent 7/28/09
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE